PROB 12B
(7/93)

Report Date: February 8, 2012

# United States District Court

## for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

FEB 09 2012

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

### Request for Modifying the Conditions or Term of Supervision with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Sara Gail Burns                Case Number: 2:12CR00012-001

Name of Sentencing Judicial Officer: The Honorable John C. Coughenour, U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Rosanna Malouf Peterson, Chief U.S. District Judge

Date of Original Sentence: 12/16/2011            Type of Supervision: Supervised Release

Original Offense: Unlawful Possession of Document-Making Implements, 18 U.S.C. § 1028(a)(5) and (b)(1)

Date Supervision Commenced: 12/16/2011

Original Sentence: Prison - 1 Day; TSR - 36 Months      Date Supervision Expires: 12/15/2014

## PETITIONING THE COURT

To modify the conditions of supervision as follows:

21  You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

## CAUSE

The purpose of this petition is to apprise the Court of the status of the aforementioned case, in light of the Ninth Circuit Court of Appeals' finding in United States v. Stevens (9th Cir. 2005), and to request that the conditions of supervision be modified to authorize a maximum of six random drug tests per month.

Prob 12B
Re: Burns, Sara Gail
February 8, 2012
Page 2

Sara Burns was asked whether she would waive her right to a hearing and agree to the modifications as previously described. As indicated by the enclosed Waiver of Hearing to Modify Conditions of Supervised Release form, Ms. Burns has agreed to the proposed modifications.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 02/08/2012

s/Tommy Rosser

Tommy Rosser
U.S. Probation Officer

## THE COURT ORDERS

[ ] No Action
[ ] The Extension of Supervision as Noted Above
[X] The Modification of Conditions as Noted Above
[ ] Other

Rosanna Malouf Peterson
Signature of Judicial Officer

2/9/12
Date

PROB 49
(3/89)

# United States District Court

### Eastern District of Washington

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extend Term of Supervision

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

FEB 09 2012

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

      I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

      I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

To modify the conditions of supervision as follows:

21    You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

Witness: _____    Signed: _____
Tommy Rosser                                  Sara Gail Burns
U.S. Probation Officer                      Probationer or Supervised Releasee

2-6-12
Date