PROB 12C
(7/93)

Report Date: February 25, 2013

# United States District Court

## for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

FEB 25 2013

SEAN F. McAVOY, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Sara Gail Burns                Case Number: 2:12CR00012-001

Address of Offender:

Name of Supervising Judicial Officer: The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: 12/16/2011

| | | | |
|---|---|---|---|
| Original Offense: | Unlawful Possession of Document-Making Implements, 18 U.S.C. § 1028(a)(5) and (b)(1) | | |
| Original Sentence: | Prison - 1 Day; TSR - 36 Months | Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | Pamela J. Byerly | Date Supervision Commenced: | 12/16/2011 |
| Defense Attorney: | Roger Peven | Date Supervision Expires: | 12/15/2014 |

## PETITIONING THE COURT

To issue a warrant.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition # 18**: You shall undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare. You shall contribute to the cost of treatment according to your ability to pay. You shall allow full reciprocal disclosure between the supervising officer and treatment provider.<br><br>**Supporting Evidence**: On February 24, 2013, Sara Burns was scheduled to enter inpatient substance abuse treatment at Spokane Addiction Recover Center (SPARC) in Spokane, Washington. Ms. Burns failed report as scheduled. |
| 2 | **Special Condition # 18**: You shall undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare. You shall contribute to the cost of treatment according to your ability to pay. You shall allow full reciprocal disclosure between the supervising officer and treatment provider. |

Prob12C
Re: Burns, Sara Gail
February 25, 2013
Page 2

        **Supporting Evidence**: On February 21, 2013, Sara Burns failed to attend intensive outpatient and MRT treatment as scheduled at ADEPT outpatient facility. Additionally, on February 22, 2013, Sara Burns left intensive outpatient treatment at ADEPT early, stating she "had stuff to take care of."

3        **Special Condition # 19**: You shall abstain from alcohol and shall submit to testing (including urinalysis and Breathalyzer), as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from this substance.

        **Supporting Evidence**: On January 23, 2013, Sara Burns reported to substance abuse treatment under the influence of alcohol.

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the offender to answer the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 02/25/2013

s/Richard Law

Richard Law
U.S. Probation Officer

---

## THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

_Roanna Malouf Peterson_
Signature of Judicial Officer

_February 25, 2013_
Date